IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:12CR000246-11 DPM

ENOC GARCIA

## ORDER

On September 19, 2012, the Court entered an Order Setting Conditions of Release (docket entry #192) which restricted Defendant's travel to the Eastern District of Arkansas, and required him to surrender his green card and social security card.

Defendant's Pretrial Services Officer ("PTSO") has reported that Defendant is attempting to obtain a valid Arkansas driver's license in order to drive to and from work. However, the PTSO states that Defendant must present his original green card in order to obtain a driver's license.

Under these circumstances, the Court will authorize the PTSO to give Defendant his original green card for the limited purpose of obtaining a valid Arkansas driver's license. Thereafter, Defendant must return his original green card to the PTSO.

IT IS SO ORDERED this 26th day of February, 2013.

```
                              _____
                              UNITED STATES MAGISTRATE JUDGE
```